The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEE FITZGERALD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE SHADE STORE, LLC,<br><br>*Defendant*. | Case No. 2:23-cv-01435<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE DEFENDANT'S DEADLINE TO ANSWER COMPLAINT |

THIS MATTER comes before the Court on the parties' Stipulated Motion to extend the time for Defendant The Shade Store LLC to answer the Complaint. The parties have stipulated to extend Defendant's time to answer or otherwise respond to the Complaint to November 20, 2023. Pursuant to Local Civil Rule 10(g) and the parties' stipulation, the motion is GRANTED. Defendant shall answer or otherwise respond to the Complaint on or before November 20, 2023.

IT IS SO ORDERED.

DATED this 6th day of October 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION - 1

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

Wright A. Noel, wright@carsonnoel.com; stacy@carsonnoel.com; dana@carsonnoel.com

Simon C. Franzini, simon@dovel.com

Dated:                                          STOEL RIVES LLP

                                                */s/ Jenna Poligo*
                                                Jenna M. Poligo

CERTIFICATE OF SERVICE - 1