THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LEE FITZGERALD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE SHADE STORE, LLC,

Defendant.

Case No. 2:23-CV-01435 RSM

**ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE DEADLINES**

The Court, having considered the Parties' Stipulated Motion to Continue Case Deadlines, FINDS that good cause exists to stay the proceedings and ORDERS as follows:

1. All case deadlines in this matter, include the date for Defendant to respond to the Complaint, are hereby CONTINUED until February 7, 2024, to allow the Parties additional time to engage in mediation without further litigation.

2. The Parties shall file a joint status report on or before February 7, 2024, advising the Court of the status of settlement, including whether an extension of the continuance is required.

DATED this 7th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
TO CONTINUE CASE DEADLINES - 1
CASE NO 2:23-CV-01435 RSM
121339759.2 0082479-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

*Presented by:*

STOEL RIVES LLP

*/s/ Jenna M. Poligo*
Maren R. Norton, WSBA No. 35435
maren.norton@stoel.com
James M. Shore, WSBA No. 28095
jim.shore@stoel.com
Jenna M. Poligo, WSBA No. 54466
jenna.poligo@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500

NIXON PEABODY LLP

*/s/ Lauren M. Michals*
Bruce E. Copeland *(pro hac vice)*
bcopeland@nixonpeabody.com
Lauren M. Michals *(pro hac vice)*
lmichals@nixonpeabody.com
Taylor Hooks *(pro hac vice)*
thooks@nixonpeabody.com
NIXON PEABODY LLP
1 Embarcadero Center, 32nd Floor
San Francisco, CA  94111
Telephone:  415.984.8200
Facsimile: 415.984.8300

*Attorneys for Defendant The Shade Store LLC*

---

ORDER GRANTING STIPULATED MOTION
TO CONTINUE CASE DEADLINES - 2
CASE NO 2:23-CV-01435 RSM
121339759.2 0082479-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*