THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LEE FITZGERALD, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

THE SHADE STORE, LLC,

    Defendant.

Case No. 2:23-CV-01435 RSM

**ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE DEADLINES**

The Court, having considered the Parties' Stipulated Motion to Continue Case Deadlines and the Parties' Joint Status Report dated February 7, 2024, hereby rules as follows:

1. The Court GRANTS the Stipulated Motion and ORDERS that Defendant The Shade Store, LLC shall answer or otherwise respond to Plaintiff's Complaint on or before March 11, 2024.
2. On or before February 21, 2024 the Parties shall submit to the Court in the form of a status report a proposed case schedule.

DATED this 9th day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
TO SET ANSWER DEADLINE - 1
CASE NO 2:23-CV-01435 RSM
122307948.1 0082479-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

*Presented by:*

STOEL RIVES LLP

*/s/ Jenna M. Poligo*
Maren R. Norton, WSBA No. 35435
maren.norton@stoel.com
James M. Shore, WSBA No. 28095
jim.shore@stoel.com
Jenna M. Poligo, WSBA No. 54466
jenna.poligo@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

LATHAM & WATKINS LLP

*/s/ Shlomo Fellig*
Steven N. Feldman, *pro hac vice*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: 213.485.1234
steve.feldman@lw.com

Shlomo Fellig, *pro hac vice*
200 Clarendon Street
Boston, MA 02116
Telephone: 617.880.4636
shlomo.fellig@lw.com

ORDER GRANTING STIPULATED MOTION
TO SET ANSWER DEADLINE - 2
CASE NO 2:23-CV-01435 RSM
122307948.1 0082479-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated this 7th day of February, 2024.

/s/ Jenna M. Poligo
Jenna M. Poligo, WSBA No. 54466

*Attorney for Defendant The Shade Store LLC*

ORDER GRANTING STIPULATED MOTION
TO SET ANSWER DEADLINE - 3
CASE NO 2:23-CV-01435 RSM
122307948.1 0082479-00001

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*