THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LEE FITZGERALD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE SHADE STORE, LLC,

Defendant.

Case No. 2:23-CV-01435 RSM

**ORDER GRANTING STIPULATED MOTION**

The Court, having considered the Parties' Joint Status Report and Stipulated Motion dated February 21, 2024, the Court GRANTS the Stipulated Motion and ORDERS as follows:

1. Plaintiff shall file an amended complaint on or before March 11, 2024.
2. Defendant's current deadline to answer Plaintiff's Complaint on or before March 11, 2024 is stricken.
3. Defendant shall answer or otherwise respond to the amended complaint on or before April 8, 2024.
4. No later than April 29, 2024, the Parties will submit a proposed case schedule to this Court.

DATED this 22nd day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
STIPULATED MOTION - 1
CASE NO 2:23-CV-01435 RSM
122461852.2 0082479-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

1 | *Presented by:*

2 | STOEL RIVES LLP

3 | /s/ *Jenna M. Poligo*
4 | Maren R. Norton, WSBA No. 35435
   | maren.norton@stoel.com
5 | James M. Shore, WSBA No. 28095
   | jim.shore@stoel.com
6 | Jenna M. Poligo, WSBA No. 54466
   | jenna.poligo@stoel.com
7 | STOEL RIVES LLP
   | 600 University Street, Suite 3600
8 | Seattle, WA  98101
   | Telephone:  206.624.0900
9 | Facsimile:  206.386.7500

10 | LATHAM & WATKINS LLP

11 |

12 | /s/ *Shlomo Fellig*
   | Steven N. Feldman, *pro hac vice*
   | 355 South Grand Avenue, Suite 100
13 | Los Angeles, CA  90071-1560
   | Telephone: 213.485.1234
14 | steve.feldman@lw.com

15 | Shlomo Fellig, *pro hac vice*
   | 200 Clarendon Street
16 | Boston, MA  02116
   | Telephone: 617.880.4636
17 | shlomo.fellig@lw.com

18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

ORDER GRANTING
STIPULATED MOTION - 2
CASE NO 2:23-CV-01435 RSM

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

122461852.2 0082479-00001