THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE FITZGERALD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE SHADE STORE, LLC,<br><br>*Defendant*. | Case No. 2:23-cv-01435-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>**NOTE ON MOTION CALENDAR:<br>April 29, 2024** |

The Court, having considered the Parties' Stipulated Motion for Extension of Time dated April 29, 2024, GRANTS the Stipulated Motion and ORDERS as follows:

1. The Parties shall file a proposed case schedule by May 22, 2024.

DATED this 1st day of May, 2024.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
Case No. 2:23-cv-01435-RSM

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

Presented by:

*s/ Simon C. Franzini*
Simon C. Franzini (Cal. Bar No. 287631)*
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Wright A. Noel, WSBA No. 25264
Carson & Noel, PLLC
20 Sixth Ave. NE
Issaquah, WA 98027
Tel: 425-395-7786
Fax: 425-837-5396
Email: wright@carsonnoel.com

*Counsel for Plaintiff*

*Admitted *Pro Hac Vice*

ORDER - 2
Case No. 2:23-cv-01435-RSM

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066