THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LEE FITZGERALD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE SHADE STORE, LLC,<br><br>*Defendant*. | Case No. 2:23-cv-01435-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>**NOTE ON MOTION CALENDAR:**<br>**May 3, 2024** |

The Court, having considered the Parties' Stipulated Motion for Extension of Time dated May 3, 2024, GRANTS the Stipulated Motion and ORDERS as follows:

1. Plaintiff shall file and serve her response to Defendant's Motion to Dismiss the First Amended Complaint no later than May 8, 2024.

2. Defendant shall file and serve its reply no later than May 21, 2024.

3. In light of the extensions of the Parties' briefing deadlines, the noting date for Defendant's Motion to Dismiss the First Amended Complaint shall be continued to May 21, 2024.

ORDER - 2
Case No. 2:23-cv-01435-RSM

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

DATED this 6th day of May, 2024.

                                      RICARDO S. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Presented by:

 *s/ Simon C. Franzini*
Simon C. Franzini (Cal. Bar No. 287631)*
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Wright A. Noel, WSBA No. 25264
Carson & Noel, PLLC
20 Sixth Ave. NE
Issaquah, WA 98027
Tel: 425-395-7786
Fax: 425-837-5396
Email: wright@carsonnoel.com

*Counsel for Plaintiff*

*Admitted Pro Hac Vice*

ORDER - 2
Case No. 2:23-cv-01435-RSM

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066