THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEE FITZGERALD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE SHADE STORE, LLC,

Defendant.

Case No. 2:23-CV-01435-RSM

**ORDER GRANTING STIPLUATED MOTION TO SET CASE SCHEDULE**

The Court, having considered the Parties' Stipulated Motion to Set Case Schedule dated May 22, 2024, hereby GRANTS the Stipulated Motion and enters the following schedule for this matter through class certification:

| Case Event | Deadline |
| --- | --- |
| FRCP 26(f) Conference | Completed |
| Exchange of Initial Disclosures | May 31, 2024 |
| Joint Status Report and Discovery Plan | June 7, 2024 |
| FRCP 16(b) Conference | To be set by the Court |
| Deadline to move for leave to amend the pleadings | September 2, 2024 |
| Close of fact discovery for issues related to class certification | October 18, 2024 |
| Expert reports on class certification issues on which party has burden | November 1, 2024 |

ORDER GRANTING STIPLUATED
MOTION TO SET CASE SCHEDULE - 1
(CASE NO. 2:23-CV-01435-RSM)

123401368.1 0082479-00001

**STOEL RIVES** LLP
**ATTORNEYS**
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

| | |
|---|---|
| Rebuttal expert reports on class certification issues | November 29, 2024 |
| Close of expert discovery for issues related to class certification | December 13, 2024 |
| Deadline to file motion for class certification | December 20, 2024 |
| Opposition to motion for class certification and any *Daubert* motions | January 28, 2025 |
| Reply to motion for class certification | February 18, 2025 |
| Opposition any *Daubert* motions | February 18, 2025 |
| Reply to Daubert motions | March 4, 2025 |

A hearing on Plaintiff's anticipated motion for class certification shall be set by the Court following the close of the Parties' briefing should the Court determine to hold a hearing pursuant to LCR 7(b)(2)(4).

A schedule addressing any remaining deadlines for the close of merits fact discovery, dispositive motions, pretrial conference, and any trial shall be set by the Court, if needed, following the Court's decision on class certification.

DATED this 3rd day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPLUATED
MOTION TO SET CASE SCHEDULE - 2
(CASE NO. 2:23-CV-01435-RSM)

123401368.1 0082479-00001

**STOEL RIVES** LLP
*ATTORNEYS*
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1  Presented by:

2    STOEL RIVES LLP

3    */s/ Jenna M. Poligo*
4    Maren R. Norton, WSBA No. 35435
     maren.norton@stoel.com
5    James M. Shore, WSBA No. 28095
     jim.shore@stoel.com
6    Jenna M. Poligo, WSBA No. 54466
     jenna.poligo@stoel.com
7    600 University Street, Suite 3600
     Seattle, WA 98101
8    Telephone: 206.624.0900
     Facsimile: 206.386.7500

9

10   LATHAM & WATKINS LLP

11   Steven N. Feldman, *pro hac vice*
     355 South Grand Avenue, Suite 100
12   Los Angeles, CA 90071-1560
     Telephone: 213.485.1234
13   steve.feldman@lw.com

14   Shlomo Fellig, *pro hac vice*
     200 Clarendon Street
15   Boston, MA 02116
     Telephone: 617.880.4636
16   shlomo.fellig@lw.com

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPLUATED
MOTION TO SET CASE SCHEDULE - 3
(CASE NO. 2:23-CV-01435-RSM)