The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LEE FITZGERALD, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

THE SHADE STORE, LLC,

*Defendant*.

Case No. 2:23-cv-01435

**ORDER GRANTING STIPULATED MOTION TO CONTINUE DEFENDANT'S DEADLINE TO ANSWER COMPLAINT**

THIS MATTER comes before the Court on the Stipulated Motion to extend the time for Defendant The Shade Store LLC to answer Plaintiff's First Amended Complaint (the "Complaint"). The parties have stipulated to extend Defendant's time to answer or otherwise respond to the Complaint by one week to August 15, 2024. Pursuant to the parties' stipulation, the motion is GRANTED. Defendant shall answer or otherwise respond to the Complaint on or before August 15, 2024.

IT IS SO ORDERED.

DATED this 8th day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO CONTINUE DEFENDANT'S DEADLINE TO ANSWER COMPLAINT - 1

124147389.1 0082479-00001 Include Draft