UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE FITZGERALD and KATHERINE ADLER, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE SHADE STORE, LLC,<br><br>*Defendant*. | Case No. 2:23-cv-01435-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE BRIEFING ON CLASS CERTIFICATION AND MOTIONS TO EXCLUDE** |

  The Court, having considered the Parties' Stipulated Motion for Extension of Time to File Briefing on Class Certification and Motions to Exclude, dated September 4, 2025, GRANTS the Stipulated Motion and enters the following amended deadlines related to the Parties' class certification briefing:

| Case Event | Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs' Reply in Support of Motion for Class Certification and Opposition to Motions to Exclude | September 19, 2025 | October 17, 2025 |
| Defendant's Reply in Support of Motions to Exclude | October 24, 2025 | November 21, 2025 |

A hearing on Plaintiffs' anticipated motion for class certification shall be set by the Court following the close of the Parties' briefing should the Court determine to hold a hearing pursuant to LCR 7(b)(2)(4).

A schedule addressing any remaining deadlines for the close of merits fact discovery, dispositive motions, pretrial conference, and any trial shall be set by the Court, if needed, following the Court's decision on class certification.

IT IS SO ORDERED.

Dated on this 5th day of September, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE